**STEVEN D. BAUER**
Attorney at Law - SBN 50084
428 J Street - Suite 350
Sacramento, California 95814
Telephone: (916) 447-8262

Attorney for Defendant: **KHALED AHMED**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | No. 2:02-cr-00097-MCE |
| Plaintiff, | **ORDER EXONERATING BOND AND RECONVEYING SECURITY THEREFORE** |
| v. | |
| **KHALED AHMED**, | |
| Defendant, | |

## PROCEDURAL BACKGROUND

The defendant was originally indicted in the above numbered case. After early negotiations with the government it was determined that they would charge the same loss under a different theory of criminality. This came in the form of an indictment in Cr. S 03-432 MCE. At that time the government agreed to dismiss the earlier indictment on the condition the defendant agree to the same conditions of pretrial release. This would have required creating a number of new documents which would have to have been sent to Egypt for signature and notarization. For the sake of expense and convenience it was agreed by the parties that the original indictment would remain and provide the bases for the defendant's pretrial release conditions.

///

The defendant was residing in the Los Angeles area at the time of his arrest on the original indictment resulting in his initial appearance and detention hearing occurring before a Magistrate Judge in the Central District of California. The defendant was ordered released on terms and conditions which included the posting of a secured bond and surrendering his passports. The appearance bond and the securities therefore were filed in the Central District. A search by the Clerk's Office in the Eastern District of California indicates that the passports are in their possession and the remaining security documents are in the Central District. For this reason the order requested herein is directed to the Clerk of the Court for both Districts.

### REQUEST FOR EXONERATION AND RECONVEYANCE

Based on the government's dismissal of the above captioned indictment and the defendant's satisfactions of all his terms and conditions of release it is respectfully requested that the Court order the defendant's bond exonerated and direct the Clerk of the Court of the Eastern and Central Districts to return the defendant's passports and reconvey ownership to any and all security posted to secure said bond. It is further requested that the passports be released to defendant's counsel and any documents be mailed to the defendant, Khaled Ahmed at 6350 Gentry Street, Huntington Park, CA 90255.

For Good Cause Appearing, **IT IS SO ORDERED.**

Dated:  February 4, 2011

**MORRISON C. ENGLAND, JR.**
**UNITED STATES DISTRICT JUDGE**