```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  ANNE PINGS
    Assistant United States Attorney
 3  501 I Street, Suite 11-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2700
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9            FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )   Case No. 2:02-cr-00097-MCE
                                 )
12              Plaintiff,       )
                                 )
13      v.                       )   MOTION AND ORDER
                                 )   TO DISMISS INDICTMENT
14  KHALED AHMED,                )
                                 )
15              Defendant.       )
                                 )
16
17
```

18      The United States hereby moves to dismiss the Indictment
19  pending against the defendant in the above-captioned case.

20      Defendant Khaled was prosecuted and convicted in a related
21  case in the Central District of California.  He has completed
22  his term of imprisonment and his period of supervised release
23  has expired.

24      By agreement of the parties, this case remained on the
25  docket in this Court because the bond posted in one case also
26  served as bond in the related case.

27      Accordingly, the government asks the Court to dismiss the
28  indictment in this case at this time.

1  For all the foregoing reasons, the indictment should be
2 dismissed.

3                                        Respectfully submitted,

4                                        BENJAMIN B. WAGNER
                                         UNITED STATES ATTORNEY
5
                                    By:  /S/ Anne Pings
6                                        _____
                                         ANNE PINGS
7                                        ASSISTANT U.S. ATTORNEY

8

9
    **IT IS SO ORDERED.**
10

11
 Dated: February 4, 2011
12

13
                                         _____
14                                       MORRISON C. ENGLAND, JR.
                                         UNITED STATES DISTRICT JUDGE
15